## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Estacio, Brenda R

Printed: 3/18/08

Case Number: 06 B 00478
Judge: Goldgar, A. Benjamin
Filed: 1/19/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: March 17, 2008
Confirmed: March 28, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 13,975.00 |  |
| Secured: |  | 10,298.51 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,958.27 |
| Trustee Fee: |  | 718.22 |
| Other Funds: |  | 0.00 |
| Totals: | 13,975.00 | 13,975.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,989.00 | 2,958.27 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | Americredit Financial Ser Inc | Secured | 9,051.28 | 3,042.32 |
| 4. | WFS Financial | Secured | 21,496.80 | 7,225.52 |
| 5. | Citizen's Utility Co | Secured | 750.00 | 30.67 |
| 6. | America's Servicing Co | Secured | 15,058.08 | 0.00 |
| 7. | Americredit Financial Ser Inc | Unsecured | 96.67 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 293.40 | 0.00 |
| 9. | Aspire Visa | Unsecured | 57.85 | 0.00 |
| 10. | WFS Financial | Unsecured | 627.36 | 0.00 |
| 11. | Ryan Michael DDS | Unsecured | 64.87 | 0.00 |
| 12. | WFS Financial | Secured | | No Claim Filed |
| 13. | WFS Financial | Unsecured | | No Claim Filed |
| 14. | First National Bank of Omaha | Unsecured | | No Claim Filed |
| 15. | First Premier | Unsecured | | No Claim Filed |
| 16. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 17. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 18. | First Premier | Unsecured | | No Claim Filed |
| 19. | First Premier | Unsecured | | No Claim Filed |
| 20. | T Mobile USA | Unsecured | | No Claim Filed |
| 21. | LaSalle Bank NA | Unsecured | | No Claim Filed |
| 22. | First Premier | Unsecured | | No Claim Filed |
| 23. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 24. | TCF Bank | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Estacio, Brenda  R

Printed:  3/18/08

Case Number:  06 B 00478

Judge:  Goldgar, A. Benjamin

Filed:  1/19/06

_____        _____
$ 50,485.31         $ 13,256.78

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 5.5% | 176.01 |
| 5% | 116.90 |
| 4.8% | 240.36 |
| 5.4% | 184.95 |
| | _____ |
| | $ 718.22 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

